IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

REGINALD QUINTON WILLIAMS,

    Plaintiff,

v.

CLAY TATUM, Warden; BRIAN OWENS, Commissioner; BRUCE CHATMAN, Warden; and JOHN PAUL, Deputy Warden,

    Defendants.

CIVIL ACTION NO. CV614-014



## ORDER

Plaintiff, an inmate currently incarcerated at Georgia State Prison in Reidsville, Georgia, filed a cause of action pursuant to 42 U.S.C. § 1983, seeking to proceed in forma pauperis. By Order dated February 25, 2014, the Court granted Plaintiff's Motion. It appeared that Plaintiff asserts unrelated claims against various defendants. By Order dated May 8, 2014, the Court directed Plaintiff to advise the Court as to which claims against which defendant(s) he wishes to pursue in *this* action. In response to that Order, Plaintiff has filed a "Motion to Dismiss Defendants Bruce Chatman and John Paul." Plaintiff states that he wishes to pursue his claims against Commissioner Brian Owens and Clay Tatum. Plaintiff's "Motion to Dismiss Defendants Bruce Chatman and John Paul" is **GRANTED**, and his claims against Chatman and Paul are **dismissed** without prejudice.

Plaintiff's remaining claims against Clay Tatum, the Warden at Hays State Prison, and Commissioner Brian Owens allege violations occurring while Plaintiff was housed at Hays State Prison. Hays State Prison, in Trion, Georgia, is located within the United States District Court for the Northern District of Georgia. Pursuant to 28 U.S.C. § 1391(b), venue is appropriate in the Northern District of Georgia. Accordingly, the Clerk of Court is hereby directed to forthwith transfer this case to the United States District Court for the Northern District of Georgia, for further consideration.

**SO ORDERED**, this 29 day of May, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)